**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2309**

IRIS MCCLAIN,

           Plaintiff - Appellant,

      v.

WELLS FARGO HOME MORTGAGE/WELLS FARGO BANK, N.A.; THE BANK OF NEW YORK MELLON, Bony Mellon; WILLIAM SAVAGE; KRISTINE BROWN; ROBYN MCQUILLEN; MONICA CAMERON; LORI S. SIMPSON, District Judge,

           Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:18-cv-02084-PWG)

Submitted: April 4, 2019                         Decided: April 8, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Iris McClain, Appellant Pro Se. Virginia Wood Barnhart, Sarah E. Meyer, WOMBLE BOND DICKINSON (US) LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

 Iris McClain appeals the district court's order dismissing her complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *McClain v. Wells Fargo Home Mortg./Wells Fargo Bank, N.A.*, No. 8:18-cv-02084-PWG (D. Md. filed Oct. 12, 2018 & entered Oct. 15, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
